

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 16, 2022**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 21-41517-ELM |
| ANSON FINANCIAL, INC., | § | |
| | § | Chapter 11 (V) |
| Debtor. | § | |
| | § | |
| MBH REAL ESTATE, LLC, | § | |
| AFI LOAN SERVICING, LLC, | § | |
| ANSON FINANCIAL, INC. and | § | |
| J. MICHAEL FERGUSON, P.C., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Adversary No. 21-04058 |
| | § | |
| IAN GHRIST and | § | |
| GHRIST LAW FIRM, PLLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REMAND

On September 23, 2021, Plaintiff Anson Financial, Inc. filed a *Notice of Removal* [Docket No. 1] with this Court for the purpose of removing any and all claims and causes of action (collectively, the "**Removed Claims**") pending in Cause No. 067-311209-19 (the "**State Court Case**"), 67th Judicial District Court, Tarrant County, Texas (the "**67th District Court**") to this Court pursuant to 28 U.S.C. § 1452(a).

On October 8, 2021, the Defendants filed a *Motion to Remand* [Docket No. 9] (the "**Motion**"). On February 16, 2022, the Court issued its oral ruling on the Motion (the "**Oral Ruling**"), whereby the Court found cause to grant the Motion.

Accordingly, based upon the Oral Ruling, which is incorporated herein for all purposes, it is hereby:

**ORDERED** that the Motion be and is hereby GRANTED; and it is further

**ORDERED** that all Removed Claims be and are hereby REMANDED to the State Court Case of the 67th District Court.

# # #   END OF ORDER   # # #