BTXN 021 (rev. 01/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Anson Financial, Inc. | §<br>§<br>§<br>§ | Case No.: 21−41517−elm11 |
| Debtor(s) | § | Chapter No.: 11 |
| MBH Real Estate, LLC  et al. | § | |
| Plaintiff(s) | § | Adversary No.: 21−04058−elm |
| vs. | § | |
| Ian Ghrist  et al. | § | |
| Defendant(s) | § | |

Dear Clerk:

   I herewith enclose certified copies of the original Order of Remand and docket sheet in the above captioned case which has been remanded to your district pursuant to:

   order entered on 2/17/2022.

   Please acknowledge receipt on the copy of this form provided.

DATED:  2/17/22            FOR THE COURT:
                           Robert P. Colwell, Clerk of Court

                           by: /s/Tracy Nunns, Deputy Clerk

---

I acknowledge receipt of the above referenced material or record and certify that it was filed in this court on _____.

Name: _____   Signature: _____

New Case Number: _____

For address information please visit our website. http://www.txnb.uscourts.gov