


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed February 16, 2022**

_____
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>ANSON FINANCIAL, INC.,<br><br>    Debtor.<br><br>MBH REAL ESTATE, LLC,<br>AFI LOAN SERVICING, LLC,<br>ANSON FINANCIAL, INC. and<br>J. MICHAEL FERGUSON, P.C.,<br><br>    Plaintiffs,<br>v.<br><br>IAN GHRIST and<br>GHRIST LAW FIRM, PLLC,<br><br>    Defendants. | Case No. 21-41517-ELM<br><br>Chapter 11 (V)<br><br><br><br><br><br><br><br><br><br>Adversary No. 21-04058 |

## ORDER OF REMAND

On September 23, 2021, Plaintiff Anson Financial, Inc. filed a *Notice of Removal* [Docket No. 1] with this Court for the purpose of removing any and all claims and causes of action (collectively, the "**Removed Claims**") pending in Cause No. 067-311209-19 (the "**State Court Case**"), 67th Judicial District Court, Tarrant County, Texas (the "**67th District Court**") to this Court pursuant to 28 U.S.C. § 1452(a).

On October 8, 2021, the Defendants filed a *Motion to Remand* [Docket No. 9] (the "**Motion**"). On February 16, 2022, the Court issued its oral ruling on the Motion (the "**Oral Ruling**"), whereby the Court found cause to grant the Motion.

Accordingly, based upon the Oral Ruling, which is incorporated herein for all purposes, it is hereby:

**ORDERED** that the Motion be and is hereby GRANTED; and it is further

**ORDERED** that all Removed Claims be and are hereby REMANDED to the State Court Case of the 67th District Court.

# # #  END OF ORDER  # # #

United States Bankruptcy Court
Northern District of Texas

MBH Real Estate, LLC,
    Plaintiff

Ghrist,
    Defendant

Adv. Proc. No. 21-04058-elm

# CERTIFICATE OF NOTICE

District/off: 0539-4     User: admin     Page 1 of 2
Date Rcvd: Feb 17, 2022     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 17 2022 21:15:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2022      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Areya Holder Aurzada (SBRA V) | on behalf of Trustee Areya Holder Aurzada trustee@holderlawpc.com aha@trustesolutions.net;caha11@trustesolutions.net |
| Ian D. Ghrist | on behalf of Defendant Ian Ghrist ian@ghristlaw.com christian@ghristlaw.com;idghrist@gmail.com;sarah@ghristlaw.com |
| Ian D. Ghrist | on behalf of Defendant Ghrist Law Firm PLLC ian@ghristlaw.com christian@ghristlaw.com;idghrist@gmail.com;sarah@ghristlaw.com |
| Jeffery D. Carruth | on behalf of Plaintiff MBH Real Estate  LLC jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |

District/off: 0539-4 User: admin Page 2 of 2
Date Rcvd: Feb 17, 2022 Form ID: pdf001 Total Noticed: 1

| | |
|---|---|
| Jeffery D. Carruth | on behalf of Plaintiff Anson Financial Inc. jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |
| Jeffery D. Carruth | on behalf of Plaintiff J. Michael Ferguson P.C. jcarruth@wkpz.com jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |
| Jeffery D. Carruth | on behalf of Plaintiff AFI Loan Servicing LLC jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |
| Kathryn Hernandez | on behalf of Plaintiff J. Michael Ferguson P.C. k.magan@maganlawpllc.com |
| Kathryn Hernandez | on behalf of Plaintiff Anson Financial Inc. k.magan@maganlawpllc.com |
| Kathryn Hernandez | on behalf of Plaintiff MBH Real Estate LLC k.magan@maganlawpllc.com |
| Kathryn Hernandez | on behalf of Plaintiff AFI Loan Servicing LLC k.magan@maganlawpllc.com |

TOTAL: 11