BTXN 021 (rev. 01/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Anson Financial, Inc. | §<br>§<br>§ | |
| Debtor(s) | § | Case No.:   21−41517−elm11<br>Chapter No.:   11 |
| MBH Real Estate, LLC  et al. | § | |
| Plaintiff(s) | § | Adversary No.:   21−04058−elm |
| vs.<br>Ian Ghrist  et al. | §<br>§ | |
| Defendant(s) | § | |

Dear Clerk:

    I herewith enclose certified copies of the original Order of Remand and docket sheet in the above captioned case which has been remanded to your district pursuant to:

    order entered on 2/17/2022.

    Please acknowledge receipt on the copy of this form provided.

DATED:  3/30/22

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/P. Bibbs−Samuels, Deputy Clerk

---

I acknowledge receipt of the above referenced material or record and certify that it was filed in this court on
_____.

Name: _____    Signature: _____

New Case Number: _____

For address information please visit our website. http://www.txnb.uscourts.gov